

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2026

Roy A. Mura, Esq.
716.855.0071 Direct
roy.mura@muralaw.com

**MEMO ENDORSED**

**(see p. 2)**

June 10, 2026

**<u>VIA FAX ONLY TO (914) 390-4179</u>**

Hon. Nelson S. Román, U.S.D.J.
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> **Re:**     ***Pita Concept Corp. and IH Affiliates Corp. v. Erie Insurance Company***
> **Case No.:**     **7:26-cv-04880 (NSR)**
> **Our File No.: 10304**

Dear Judge Román:

      My office represents the defendant, Erie Insurance Company ("Erie"), in the above-referenced action. Pursuant to Rule 3.A.ii. of Your Honor's Individual Practices in Civil Cases, please allow this letter to serve as Erie's request for a pre-motion conference.

      Erie intends to file a Fed R. Civ. P. 12(b)(6) motion to dismiss plaintiffs' verified complaint in its entirety and with prejudice based on plaintiffs' failure to commence this action within two years after the loss occurred. As Erie's motion papers will show, this is an action to recover under a property insurance policy issued by Erie to plaintiffs for a water damage loss that is alleged to have occurred at plaintiffs' business located at 408 Route 59, Airmont, New York "on or about February 5, 2023" (Compl. ¶ 10). As further alleged in their complaint, plaintiffs seek coverage their Erie "Ultrapack Plus Policy of insurance, number Q971542253" (Compl. ¶ 7), which contained the following language in its SECTION X – COMMERCIAL PROPERTY CONDITIONS:

> 15.    SUITS AGAINST US
>
>       We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within 2 years (Maryland and North Carolina – 3 years) after the "loss" occurs.

      Plaintiffs commenced this action in New York State Supreme Court, Rockland County, by e-filing a summons and verified complaint via NYSCEF on April 28, 2026, approximately three years and three months after the February 5, 2023 alleged date of loss. Based on well-established New York case law, including multiple decisions issued by the United States District Court for the Southern District of New York, plaintiffs' action is, on the face of their verified complaint, untimely and must be dismissed.

---

930 Rand Building, 14 Lafayette Square, Buffalo, New York 14203 ▪ 716.855.2800 ▪ 716.855.2816(F) ▪ muralaw.com

# MURA | LAW GROUP, PLLC

Hon. Nelson S. Román, U.S.D.J.
June 10, 2026
Page 2

For these reasons, defendant Erie Insurance Company respectfully requests that the Court schedule and conduct a pre-motion conference pursuant to Rule 3.A.ii. of Your Honor's Individual Practices in Civil Cases.

Respectfully submitted,

MURA|LAW GROUP, PLLC

Roy A. Mura

RAM/me

cc:    Mitchell J. Winn, Esq. (via fax to 516-626-0565 and email to winnlaw@msn.com)
       *Attorney for Plaintiffs*

The Court waives the pre-motion conference and sets the following briefing schedule for Defendant's anticipated motion to dismiss:

(1) Defendant's moving papers shall be served (not filed) July 17, 2026;
(2) Plaintiff's opposition shall be served (not filed) August 21, 2026; and
(3) Defendants' reply shall be served and filed September 4, 2026.

The parties are directed to file all motion papers on the reply date, September 4, 2026. The parties are further directed to mail Chambers two courtesy copies of their motion papers as they are served and to email one electronic copy of their motion papers to Chambers as they are served.

Date: June 15, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE